JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL RHAMBO,

Plaintiff,

v.

LUBE CENTER, INC., et al.,

Defendants.

Case No. 2:26-cv-07520-AB-RAOx

**ORDER <u>DISMISSING</u> CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **<u>DISMISSES</u>** this action without costs and without prejudice to the right to re-open the action within **<u>30 days</u>** upon good cause shown if the settlement is not completed.

Dated: September 9, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE